# EXHIBIT 10-A

# Standard Form 95

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| _____ * | |
| **Plaintiff,** | |
| * | |
| v. | Case No. _____ |
| * | |
| _____ * | |
| **Defendant.** | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____
_____

will be filed with the Clerk's Office as a PDF document within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

☐   _____
(title of document)

will be filed with the Clerk's Office as a PDF document within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____.

_____          /s/ James R. Whitman
Date                                     _____
                                         Signature

                                         _____
                                         Printed Name and Bar Number

                                         _____
                                         Address

                                         _____
                                         Email Address

                                         _____
                                         Telephone Number

                                         _____
                                         Fax Number